Fred FREEMAN, Plaintiff–Appellant,

v.

Doctor BYRNE; Doctor Allewine, Defendants–Appellees,

and

South Carolina Department of Corrections; Commissioner Ozmint, for South Carolina Department of Corrections; Doctor Olivencia; Director Fludd, Food Service; Nurse Derrick, Director of Nursing; Warden Hagan; Warden Cohen; Ken Long, Grievance Coordinator; John Doe, of Anderson County Court; Linda Dunlap; Warden Talor, Defendants.

No. 11–6508.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 18, 2011.

Decided: Aug. 23, 2011.

Fred Freeman, Appellant Pro Se. Steven Michael Pruitt, McDonald, Patrick, Tinsley, Baggett & Poston, Greenwood, South Carolina, for Appellees.

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fred Freeman appeals the district court's order accepting the recommenda-

tion of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Freeman v. Byrne,* No. 9:09–cv–01102–DCN (D.S.C. Mar. 8, 2011). We deny Freeman's motion for a transcript at Government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*